**Order entered April 15, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00376-CV

### THE UNIVERSITY OF TEXAS AT DALLAS, Appellant

### V.

### RICHARD J. ADDANTE, Ph.D., Appellee

**On Appeal from County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-03174**

## ORDER

The clerk's record was filed on April 6, 2020. Pages 599-601 do not relate to this case. Accordingly, we **STRIKE** the clerk's record. We **ORDER** Dallas County Clerk John Warren to file, by April 23, 2020, a corrected clerk's record.

We **DIRECT** the Clerk of this Court to send a copy of this order to Mr. Warren and all parties.

/s/   ROBERT D. BURNS, III
      JUSTICE